■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL VASQUEZ, Appellant. [16 NYS3d 464]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Braun, J.), imposed May 9, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes

review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133 [2014]). However, to the extent that the defendant asserts that the Supreme Court failed to exercise its discretion at sentencing (*cf. People v Farrar*, 52 NY2d 302, 306 [1981]), that contention survives the defendant's valid waiver of his right to appeal (*see People v Gary*, 106 AD3d 932, 933 [2013]; *People v Nolcox*, 40 AD3d 1128 [2007]). Nevertheless, the record reveals that the court providently exercised its discretion at sentencing, upon consideration, inter alia, of the probation report and statements made at sentencing (*see People v Gray*, 51 AD3d 945 [2008]; *People v Vega*, 51 AD3d 694 [2008]). Eng, P.J., Rivera, Hall, Austin and Cohen, JJ., concur.